IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RUEBENA PATTERSON                      §
                                       §
            Plaintiff,                 §
                                       §
VS.                                    §          NO. 3-08-CV-2195-M
                                       §
UNITED STATES GOVERNMENT               §
                                       §
            Defendant.                 §

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On December 15, 2008, United States Magistrate Judge Jeff Kaplan made Findings and a

Recommendation. No objections were filed. The Court thus reviews the Findings and

Recommendation for plain error. Finding no plain error, the Court accepts the Findings and

Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

SIGNED this 12th day of January, 2009.


_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**